**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MICHAEL ANTHONY LORUSSO,**

    **Plaintiff,**

**v.**                                                    **Case No.  4:26-cv-5-TKW-MJF**

**SECRETARY, FLORIDA DEPARMENT**
**OF CHILDREN AND FAMILY**
**SERVICES, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under the "three strike statute," 28 U.S.C. §1915(g).  Normally, dismissal under §1915(g) is without prejudice, but the Court agrees with the magistrate judge that dismissal with prejudice is warranted because the claims in the complaint are frivolous.  *See* 28 U.S.C. §1915A(b)(1).  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Plaintiff's motion to proceed in forma pauperis (Doc. 10) is DENIED.

3.    This case is DISMISSED with prejudice under 28 U.S.C. §§1915(g) and 1915A(b)(1).

4.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 15th day of May, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**